**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Luxottica Group S.p.A. and Oakley, Inc. v. Zhang Yiyi, et al.   Case Number: 16-cv-08576

An appearance is hereby filed by the undersigned as attorney for: TOMTOP.WHOLESALER, defendant

Attorney name (type or print): Mark K. Suri

Firm:   Hinshaw & Culbertson LLP

Street address:   222 N. LaSalle Street, Suite 300

City/State/Zip:   Chicago, Illinois 60601-1081

Bar ID Number: 6199636   Telephone Number:   312 704-3000
(See item 3 in instructions)

Email Address: msuri@hinshawlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.   ☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 20, 2016

Attorney signature:   S/ Mark K. Suri
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015