**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Luxottica Group S.p.A., et al.

                          Plaintiff,

v.                                           Case No.: 1:16−cv−08576

                                                        Honorable Gary Feinerman

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 2, 2016:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 11/16/2016 at 9:00 a.m. Motion hearing held. For the reasons stated on the record, Plaintiffs' motion for entry of default and default judgment [50] is granted in part (as to the Rule 55(a) entry of default) and entered and continued in part (as to Rule 55(b) default judgment). Enter Rule 55(a) default order. If any Defendant wished to oppose Plaintiff's Rule 55(b) motion for default judgment, that Defendant must file a written opposition by 11/14/2016 or appear at the 11/16/2016 hearing; otherwise, the court will rule on the Rule 55(b) motion on the papers at the 11/16/2016 hearing. Plaintiff shall electronically serve a copy of this order on Defendants other than tomtop.wholesaler. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.